1  LAW OFFICES OF JULIE M. MCCOY
   JULIE M. MCCOY, Bar no. 129640
2  JACQUELYNE M. NGUYEN, Bar no. 249658
   1670 SANTA ANA AVE., SUITE "K"
3  COSTA MESA, CA 92627
   Telephone: (949) 722-0055
4  Fax: (949) 722-8416

5  Attorney for: PLAINTIFF

            UNITED STATES DISTRICT COURT

            CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 12-00538 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Virginia Hinton, aka Virginia V. Hinton, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Virginia Hinton, aka Virginia V. Hinton, in the principal amount of $2,661.85 plus interest accrued to January 18, 2012, in the sum of $1,969.50; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$4,631.35**.

DATED: 4/10/2012            By: _____Terry Nafisi_____
                                    Clerk of the Court

                                    _____A. Martinez_____
                                    Deputy Clerk
                                    United States District Court