LAW OFFICES OF JULIE M. MCCOY
JULIE M. MCCOY, Bar no. 129640
JACQUELYNE M. NGUYEN, Bar no. 249658
1670 SANTA ANA AVE., SUITE "K"
COSTA MESA; CA 92627
Telephone: (949) 722-0055
Fax: (949) 722-8416

Attorney for: PLAINTIFF

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | No. CV A 12-00538 |
|---|---|
| Plaintiff, | |
| vs. | CONSENT JUDGMENT |
| Virginia Hinton, aka Virginia V. Hinton, | |
| Defendant | |

Pursuant to the above stipulation of the parties, Judgment is hereby entered in favor of Plaintiff, UNITED STATES OF AMERICA, against Defendant, Virginia Hinton, aka Virginia V. Hinton, in the principal amount of $2,661.85 plus interest accrued to January 18, 2012, in the sum of $1,969.50; with interest accruing thereafter at 9% annually until entry of judgment, administration costs in the amount of $0.00, for a total amount of **$4,631.35**.

DATED: 4/10/2012           By: _____Terry Nafisi_____
                                Clerk of the Court

                               _____A. Martinez_____
                                Deputy Clerk
                                United States District Court